# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBYN D. BURTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:12-cv-00303-KJD-GWF<br><br>**ORDER** |

　　　　Before the Court for consideration are the Findings and Recommendations (#17) of Magistrate Judge George W. Foley entered November 1, 2012, recommending that Plaintiff's Motion to Remand (#12) be granted and that the Court enter a judgment reversing the decision of the Commissioner and award benefits without remanding for a hearing. Defendant filed an objection (#18) to which Plaintiff responded (#21).

　　　　The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Findings and Recommendations (#17) of the United States Magistrate Judge entered November 1, 2012, should be adopted and affirmed.

　　　　**IT IS THEREFORE ORDERED** that Findings and Recommendations (#17) of the United States Magistrate Judge entered November 1, 2012, are **ADOPTED** and **AFFIRMED**;

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying benefits is **REVERSED**;

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Social Security Agency for the immediate award of benefits.

DATED this 12th day of June 2013.

_____
Kent J. Dawson
United States District Judge