# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Robyn Burton

Plaintiff,

V.

Michael Astrue
Commissioner of Social Security

Defendant.

Attorney's Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00303-KJD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the court HEREBY AWARDS $11,050.32 in fees and $405.00 in costs in favor of Plaintiff, Robyn Burton and against, Commissioner of Social Security.

7/9/2014

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk